IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ABBY RICHARDSON-ROSS,

    Plaintiff,

v.                                                         CASE NO. 1:07-cv-00206-MP-AK

LEVY COUNTY SHERIFFS OFFICE,
WILLIE LEE POWELL,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report of Rule 26(f) Planning Meeting, in which the parties have reached agreement on all deadlines and procedures. Accordingly, the Joint Report in adopted, and the Clerk is directed to set the appropriate deadlines therein.

**DONE AND ORDERED** this  _27th_  day of May, 2008

                                            *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge